**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 306 EAL 2021
: 
Respondent    : 
:   Petition for Allowance of Appeal
:   from the Order of the Superior Court
v.    : 
: 
: 
VICTOR BROWN,    : 
: 
Petitioner    : 

**ORDER**

**PER CURIAM**

     **AND NOW**, this 8th day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.